IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK SPANGLER, | Case No. 3:22-cv-00524-MK |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | |
| DEWAYNE HENDRIX, | |
| Respondent. | |

MCSHANE, District Judge.

Magistrate Judge Kasubhai filed a Findings and Recommendation (ECF No. 5) in this action, recommending that the Petition filed pursuant to 28 U.S.C. 2241 be dismissed for failure to exhaust administrative remedies. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the magistrate's report is correct.

1 – ORDER ADOPTING FINDINGS AND RECOMMENDATION

Accordingly, Magistrate Judge Kasubhai Findings and Recommendation (ECF No. 5) is ADOPTED, and the Petition (ECF No. 1) is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 24th day of October, 2022.

                                             /s/ Michael J. McShane
                                             MICHAEL J. MCSHANE
                                             United States District Judge